# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTONIA ARMSTRONG,                                                                PETITIONER
Reg. #23458-076

v.                                          2:17CV00192-JM

GENE BEASLEY,
Warden, FCI - Forrest City Low                                                    RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) be dismissed for lack of jurisdiction.

DATED this 13th day of February, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE